MARVIN HOLLIS, E-31508
High desert State PRISON
P.O. Box 3030, D-5-228
Susanville, Calif, 96127
        IN PRO-PER



United States District Court
Northern District of California

| | |
|---|---|
| MARVIN GLENN HOLLIS, <br> PLAINTIFF, <br><br> VS. <br><br> R. VILLANUEVA, et. al. <br> Defendants | CASE NO. C-07-4538 TEH (PR) <br><br> Motion For expedited treatment. <br> (PLRA) |

Plaintiff filed this complaint on August 31, 2007 and as of todays date no action has been taken on my complaint. The prison Litigation Reform Act (PLRA) mandates early Judicial screening of prisoner complaints. <u>Jones v. Bock 127 S.ct. 910 (U.S. 2007)</u>. As such, I Request that my complaint be screened by the court to achieve the Interest of Justice and early Resolution of the case.

Dated: 2-27-08

Respectfully submitted,
Marvin Glenn Hollis
    - PLAINTIFF -

(1)