

FILED 2-27-08

Dear Clerk, I request a status update report on cases numbers C-07-2980 TEH (PR), # C-06-2790 TEH (PR), and # C-07-4538 TEH (PR).

I also request a writ of habeas corpus form and a 42 U.S.C. (1983) form. Thank you.

* (My "new" address is: ↙

Marvin Hollis E-37508
P.O. Box 3030  D-5-228
Susanville, Calif, 96127