UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARVIN G HOLLIS,

        Plaintiff,

  v.

R VILLANUEUS et al,

        Defendant.
                                               /

Case Number: CV07-04538 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marvin G. Hollis #E-37508
High Desert State Prison
P.O. Box 3030, D-5-228
Susanville, CA 96127

Prison Trust Account Office
High Desert State Prison
PO Box 3030
Susanville, CA 96127

USDC- Finance Dept.

Dated: March 27, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk