1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2  Name  HOLLIS           MARVIN           G
3        (Last)            (First)          (Initial)

4  Prisoner Number  E-37508

5  Institutional Address  P.O. BOX 3030 Susanville, CA,

FILED
MAY 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

8  MARVIN GLENN HOLLIS                 )
9  (Enter the full name of plaintiff in this action.)  )
                                        )
10           vs.                )  Case No. C-07-4538-TEH (PR)
                                        )  (To be provided by the Clerk of Court)
11 R. VILLANUEUS                        )
                                        )  **COMPLAINT UNDER THE**
12 E. SANCHEZ                           )  **CIVIL RIGHTS ACT,**
                                        )  Title 42 U.S.C § 1983
13 WASHINGTON                           )
                                        )  1st Amended complaint
14 _____      )
   (Enter the full name of the defendant(s) in this action) )
15                                      )

16 *[All questions on this complaint form must be answered in order for your action to proceed..]*

17 I.  Exhaustion of Administrative Remedies.

18 [**Note:** You must exhaust your administrative remedies before your claim can go

19 forward.  The court will dismiss any unexhausted claims.]

20     A.  Place of present confinement  High desert state PRISON

21     B.  Is there a grievance procedure in this institution?

22         YES (✗)     NO ( )

23     C.  Did you present the facts in your complaint for review through the grievance

24         procedure?

25         YES (✗)     NO ( )

26     D.  If your answer is YES, list the appeal number and the date and result of the

27         appeal at each level of review.  If you did not pursue a certain level of appeal,

28         explain why.

COMPLAINT                           - 1 -

-void-
JONES v. Bock 127 s/ct. 910(2007)

1. 1. Informal appeal _____
2.
3.
4. 2. First formal level _____
5.
6.
7. 3. Second formal level _____
8.
9.
10. 4. Third formal level _____
11.
12.
13. E. Is the last level to which you appealed the highest level of appeal available to
14. you?
15.    YES (X)    NO ( )
16. F. If you did not present your claim for review through the grievance procedure,
17. explain why. _____
18.
19.
20. II. Parties.
21. A. Write your name and your present address. Do the same for additional plaintiffs,
22. if any.
23. MARVIN GLENN HOLLIS
24. P.O. BOX 3030
25. SUSANVILLE, CALIF, 96127
26. B. Write the full name of each defendant, his or her official position, and his or her
27. place of employment.
28. R. VILLANUEUS, CORRECTIONAL OFFICER

COMPLAINT                    - 2 -

1  E. SANCHEZ, CORRECTIONAL SGT., WASHINGTON,
2  CORRECTIONAL SGT., ALL defendants are employeed
3  at SALINAS VALLEY state PRISON. P.O. BOX 1020
4  Soledad, CALif, 93960.

5  III.   Statement of Claim.

6  State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.

10  1.) PLAINTIFF MARVIN GLENN HOLLIS, WAS At ALL times
11  mentioned herein A prisoner of the state of
12  CALIFORNIA IN the custody of CALIFORNIA depart-
13  ment of CORRECTIONS And Rehabilitation At SALINAS
14  VALLEY state pRISON. 2.) PLAINTIFF IS CURRENTLY
15  confined At High desert state PRISON. 3.) DEFENdANT
16  R. VILLANUEUS, IS A CORRECTIONAL officer FOR
17  (CDC3R) who At ALL times mentioned herein was
18  employeed with SALINAS VALLEY state prison And
19  Acted under color of state Law And INstitutional
20  Authority IN the capacity of correctional officer.
21  This defendant Is sued IN his INdividual And
22  official capacity.

23  IV.   Relief.

24  Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  1.) Awarded ReAsonAble attorney's fees And costs,
27  2.) A declaratory Judgment that the defendants acts
28  And practices described herein violate plaintiff
     Rights As herein stated. (see continued relief)

COMPLAINT                                          - 3 -

*(Statement of Claim Continued)*

4.) Defendant E. Sanchez, is a Correctional Sgt. for (CDCR) at (SVSP) who at all times mentioned herein was assigned to Salinas Valley State Prison and acted under color of state law and institutional authority in the capacity of Correctional Sgt. This defendant is sued in his individual and official capacity.

5.) Defendant Washington, is a Correctional Sgt. for (CDCR) at (SVSP) who at all times mentioned herein was assigned to Salinas Valley State Prison and acted under color of state law and institutional authority in the capacity of Correctional Sgt. This defendant is sued in his individual and official capacity.

(1) II

6.) Defendants does 1-3 are each responsible in some manner for the constitutional violations and damage to plaintiff alledged herein. The true names and capacities of defendants does 1-3 are presently unknown to plaintiff. Plaintiff is informed and believes and therefore alledges on information and belief that each of them is responsible in some manner for the constitutional violations and damages to plaintiff alledged herein. Plaintiff therefore sues does 1-3 by such fictions names and will seek leave to amend this complaint to add their true names when the names have been ascertained.

7.) This action arises from defendants intentionally and purposefully interfering with prescribed medical treatment subjecting plaintiff to cruel and unusual punishment of unnecessary and wanton infliction of pain in violation of the eighth amendment made applicable to the states by the fourteenth.

8.) On 11-29-06 plaintiff was scheduled to make a court appearance and was escorted to Receiving and Release (R&R) for a security search and processing by defendant R. Villanueus.

9.) Plaintiff was issued a jump suit and a pair of state issued kung fu shoes and was instructed to put those items on by R. Villanueus.

10.) Plaintiff informed defendant R. Villanueus, that he had a (CDCR) 7410 medical chrono that permanently was prescribed for plaintiff to ware soft shoes, orthopedic shoes, or boots.

11.) Plaintiff showed defendant R. Villanueus, his medical chrono and informed him I would suffer pain if forced to ware the kung fu shoes that has a hard flat bottom and no support in which defendant Villanueus replied that (SVSP) does not honor medical chronos approved for soft shoes or orthopedic shoes to ware to court and that custody supercedes medical issues, you eather ware the kung fu shoes or refuse to op to court.

12.) Plaintiff voiced his concerns and requested to speak to a supervisor in which defendant E. Sanchez, responded to my request.

13.) I showed defendant E. Sanchez my medical chrono and explained that I was required to ware soft soled shoes, boots, or orthopedic shoes, and that defendant Villanueus refuse to allow me to ware my soft soled shoes and wanted me to ware the flat kung fu shoes.

(4)

14.) Defendant E. Sanchez, told plaintiff that he would not allow plaintiff to ware his soft soled shoes that was issued to him and that you eather ware the kung fu shoes or don't go to court.

15.) Plaintiff refused to ware the kung fu shoes and was returned to his then assigned housing unit.

16.) On or about November 30, 2006 plaintiff submitted a (CDC) 602 appeal requesting to be allowed to ware my prescribed and approved soft soled shoes to all court appearances among other things.

17.) Plaintiff also wrote a letter to defendants boss explaining the situation and, requesting to be allowed to ware his prescribed and approved soft soled shoes to court appearances.

18.) Plaintiff also wrote a request to defendants explaining that my medical chrono was approved by the health care manager and that if forced to ware the kung fu shoes to future court appearances my feet will be in pain.

(5)

19.) On or about December 6, 2006 plaintiff was once again scheduled to appear at court and was escorted to Receiving and Release to be searched and processed/dressed for court appearance by defendant R. Villanueus.

20.) Plaintiff was once again issued a state jumpsuit and pair of kung fu shoes and instructed to put those items on by defendant R. Villanueus.

21.) Plaintiff showed defendant R. Villanueus again his (CDC3R)7410 medical chrono and informed him that I needed to ware my approved issued soft soled shoes in which defendant R. Villanueus, told plaintiff with a smirk on his face or funny look; "we went threw this before, I don't care what's wrong with your feet, you will not ware your soft soled shoes or shoes that you have on, you need to put these shoes on." Referring to the kung fu shoes.

22.) Plaintiff voiced his concerns and requested to speak to the present supervisors in which defendant Washington and Sanchez responded to my request.

(6)

23.) Plaintiff showed both defendant Washington and Sanchez his medical chrono and explained that I would suffer pain if forced to ware kung fu shoes and that I submitted a appeal and wrote a letter to the warden and them requesting to be allowed to ware my approved soft soled shoes to court appearances.

24.) Defendant Washington told plaintiff that he did'nt care and that the bottom line is that plaintiff will ware kung fu shoes to court.

25.) Defendant Washington also told plaintiff to boz it if you don't like it, I got a court line to run and supervise, you should'nt have come to prison if you want to ware soft shoes and walked away without any concern to plaintiff permanant medical condition and approved medical chrono authorizing plaintiff to ware soft soled shoes.

(7)

26.) Defendant R. Villanueus told defendant Sanchez that we already went threw this and Sgt. Sanchez, said screw Hollis you got nothing coming, you fuck with one Sanchez you fuck with them all.

27.) This remark was made by defendant Sanchez due to personal animosity towards plaintiff because (LVN) H. Sanchez, had made allegations against plaintiff on 12-1-06 that I had threatned to kill her while plaintiff was housed on facility "C." where (LVN) H. Sanchez, was assigned as a nurse which apparently is a ken folk, friend of defendant Sanchez or spouse.

28.) Plaintiff informed defendant Sanchez to call medical staff if he didn't believe my medical chrono was valid in which E. Sanchez walked away without any concern.

29.) Defendant R. Villanueus, then confiscated my softed soled shoes, medical chrono and clothing that I had on and placed those items in a plastic bag with my I.D. card and ordered plaintiff to get dressed for court.

(8)

30.) The items plaintiff put on for court was one pair of socks, 1 boxer shorts, 1 jump suit, and 1 pair of kung fu shoes.

31.) Plaintiff had no choice and was forced to ware the ill fitting kung fu shoes to his court appearance by defendants from the time period around or about 7:30 A.M. to 1:30 P.M.

32.) The kung fu shoes were ill fitting and not plaintiff size.

33.) Plaintiff feet were in pain and discomfort from the time period of waring the ill fitting kung fu shoes.

34.) Plaintiff ware size 13D wide shoes.

35.) Plaintiff had to suffer unnecessary pain and discomfort due to defendants purposeful acts.

36.) Defendant Sanchez intentionally was dishonest in his 1st level appeal response claiming plaintiff did not show him his medical chrono for soft shoes.

37.) Defendant Sanchez response at the 1st level appeal response triggered additional lies or dishonesty at various levels of appeal to make it appear as if plaintiff never showed

(9)

his medical chrono to defendants and that the chronos could not be verified at the time.

38.) The 2nd level response to plaintiff appeal also go as far as saying plaintiff told the interviewer that he did not have his medical chrono on his person.

39.) Plaintiff did not tell any staff that he did not have his medical chronos on his person.

40.) Defendants intentionally and purposefully interfered with prescribed medical treatment and new or had direct knowledge plaintiff had a medical condition and medical chronos requiring and authorizing plaintiff to permanently ware soft soled shoes, orthopedic shoes, or boots.

41.) Plaintiff has been hurt in his health, strength, and activity's which caused plaintiff great physical and emotional pain, discomfort, suffering, distress and anxiety.

42.) Defendants acting under color of state law, willfully, purposefully, intentionally, and concertedly, deprived plaintiff of rights, privileges, and immunities secured by the constitution and laws of the United States including the 8th and 14th amendment by subjecting plaintiff to cruel and unusual punishment, interfering with prescribed medical treatment and pain.

43.) Defendants had a duty to make sure plaintiff was allowed to ware his soft soled shoes as prescribed and approved after being notified of the medical condition and showed the medical chronos approved by the health care manager.

44.) Defendants were provided a copy of the medical chrono and or had access to my medical chronos prior to me being forced to ~~illegible~~ ware the kung fu shoes. As all defendants were put on notice.

(11)

```
 1  _____
 2  _____
 3     *(See Relief Continued)*
 4  _____
 5  I declare under penalty of perjury that the foregoing is true and correct.
 6
 7  Signed this ___7___ day of ___MAY___, 20_08_
 8
 9              Marvin Glenn Hollis
10                   (Plaintiff's signature)
11              "VERIFICATION"
12
13  I am the plaintiff in the above action. I have
14  read the foregoing complaint and know
15  the contents thereof. The same is true of my
16  own knowledge, except as to those matters
17  which are therein alledged on information
18  and belief, and as to those matters, I
19  believe it to be true. I declare under
20  penalty of perjury that the foregoing
21  is true and correct.
22
23  Dated: 5-7-08
24              Marvin Glenn Hollis
25                - PLAINTIFF -
26
27
28
```

COMPLAINT                             - 4 -

## *(Relief continued)*

3.) A preliminary and permanent injunction which prohibits and requires that defendants, employees, and successors cease interfering with plaintiff prescribed medical treatment.

4.) Compensatory damages in the amount of $100,000.00 from each of the defendants and all of them to plaintiff.

5.) Punitive damages of $200,000.00 from each of the defendants and all of them to plaintiff to set an example and to deter those in the future from behaving as has defendants.

6.) Plaintiff cost of suit and court fees.

7.) For further relief as the court deems fair, reasonable and proper.

Dated: 5-7-08      _Murrim Glenn Hollis_
                        - PLAINTIFF -

"DEMAND FOR JURY TRIAL"

I demand a jury trial for all claims for which a jury trial is allowed.

Dated: 5-7-08        Marvin Glenn Hollis
                       - PLAINTIFF -

Operational Procedure #605
Attachment E

PROOF OF SERVICE BY MAIL
[C.C.P. 1013, 2015.;28 U.S.C. 1746]

STATE OF CALIFORNIA )
) SS:
County of Lassen )

I, (A) __MARViN HoLLiS__, am a resident of the High Desert State Prison at Susanville, County of Lassen, California, am at least 18 years of age. My mailing address is P.O. Box 3030, Susanville, CA 96127.

On (B) __5-7-__, 20__08__; I served a true and correct copy of the following document(s):

(C) __1st Amended 42 U.S.C. (1983) Civil Complaint Case #C-07-4538-TEH-PR And letter to Clerk Requesting filed copy of complaint.__

on each party listed below by placing it in an envelope, with adequate postage provided, and by depositing said envelope in a box for the United States Mail at HDSP, P.O. Box 3030, Susanville, CA 96127.

Each party to the action has been duly served.

This copy is being mailed to (D): __United States Northern District Court 450 Golden Gate Ave. San Francisco, Calif, 94102__

I have mailed additional copies to (D):

There is regular delivery service by the United States Mail between the above place a mailing and the parties' listed.

I declare, under penalty of perjury, that the foregoing is true and correct.
Dated (E): __5-7-__ 20__08__, at Susanville, California.

Signed: __Marvin Hollis__   CDCR I.D. # __E-37508__

| HDSP MAILROOM ACKNOWLEDGMENT OF MAILING |
|---|
| DATE: |
| SIGNED: |

5-7-08

CASE # C-07-4538 - TEH - PR

*(HOLLIS VS. R. VILLANUEUS et. al)*

DEAR Clerk, can you please send me a filed copy of my amended complaint "OR" a status report to let me know when my amended complaint was filed.

Thank You!

MARVIN HOLLIS, E-37508
P.O. BOX 3030,    C-8-127
SUSANVILLE, CALIF, 96127