MARVIN HOLLIS, E-37508
P.O. BOX 3030, C-8-124
SUSANVILLE, CALIF, 96127

E-filing

FILED
08 AUG -5 AM 10: 52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. C-07-4538-TEH-PI

* (HOLLIS VS. R. VILLANUEUS et. al) *
  (PLRA) "EARLY JUDICIAL SCREENING"

Dear Clerk, I request a status update on case number C-07-4538-TEH-(PR) Hollis vs. Villanueus et. al. The court has not adhered to <u>Jones v. Bock 127 S.ct. 910 (2007)</u>. I need the status update so I can file a writ of mandate with the 9th Cir. court of appeals to get the court to screen or review my complaint. Thank you!

Marvin Glenn Hollis
- PLAINTIFF -