8-27-08

FILED
SEP X 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEAR CLERK, I REQUEST FOR YOU to send me a status report to the following cases;
* HOLLIS V. MEDINA | #C-07-2980-TEH-PR, *
* HOLLIS V. D. CAPLAN | #C-06-2790-TEH-PR, *
* HOLLIS V. VILLANUEUS et. al | #C-07-4538 TEH-PR *

THANK YOU!

MARVIN HOLLIS, E-37508
P.O. BOX 3030,   Z-UNIT-181
SUSANVILLE, CALIF, 96127

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Hollis v. Medina )
Hollis v. Caplan ) CASE NO: C-06-2790 TEH-PR
Hollis v. Villanueva et al ) C-07-4538 TEH-PR
) PROOF OF SERVICE
)
)
)
_____ )

I, the undersigned, hereby certify that I am over the age of eighteen (18) years, and not a party to the above-entitled action. On 8-27-, 08, I served a copy of: Letter/Request to Clerk for a status Report on my pending cases.

by placing said copy in a postage paid envelope, fully sealed, addressed to the party(ies) hereinafter listed, by depositing said envelope in the United States Mail:

1. U.S. Northern District Court
450 Golden Gate Ave.
San Francisco, Calif. 94102

2.

3.

4.

I declare under penalty of perjury that the foregoing is true and correct.

_Marvin Hollis_
Signature

_Marvin Glenn Hollis_
Name