MARVIN HOLLIS, E-37508
High Desert State Prison
P.O. Box 3030, Z-181
Susanville, Calif 96127

FILED
SEP X 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

U.S. Northern District Court

MARVIN HOLLIS,
    Plaintiff
  vs.
R. VILLANUEUS, et. al.
    Defendants

Case No# C-07-4538-TEH-PR

Motion/Request for Screening of Complaint per (PLRA).

Per (PLRA) and U.S. court precedent, I request early judicial screening of my complaint. The complaint was filed August 31, 2007. As of today's date the court has not reviewed and screened the complaint. As such, I request that this motion be granted.

Dated: 9-2-08

Respectfully submitted,
Marvin Hollis
- Plaintiff -

(1)